977 A.2d 1085

**Judith MIEGOC**

v.

**WORKERS' COMPENSATION APPEAL BOARD (THROOP FASHIONS/Leslie Fay and ITT Hartford)**

Petition of Throop Fashions/Leslie Fay and ITT Hartford.

Supreme Court of Pennsylvania.

June 29, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of June, 2009, the Petition for Allowance of Appeal is **DENIED,** and Petitioners' Petition for Supersedeas is **DENIED** as moot.

977 A.2d 1085

**John KEELS, Petitioner**

v.

**CITY OF PHILADELPHIA TAX REVIEW BOARD, Respondent.**

No. 64 EM 2009.

Supreme Court of Pennsylvania.

July 16, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of July, 2009, the Petition for Extension of Time to File Petition for Review is **DENIED.**